FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| | | | | |
|---|---|---|---|---|
| Case No.: | 12-19276-MGW | | Trustee Name: | Traci K. Stevenson |
| Case Name: | FITZPATRICK, MATTHEW J AND FITZPATRICK, KRISTEN M | | Date Filed (f) or Converted (c): | 12/27/2012 (f) |
| For the Period Ending: | 09/30/2013 | | §341(a) Meeting Date: | 01/30/2013 |
| | | | Claims Bar Date: | 05/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Ref. #**

| Ref. # | Asset Description | Petition/Unscheduled Value | Estimated Net Value | Property Abandoned | Sales/Funds Received | Status |
|---|---|---|---|---|---|---|
| 1 | House and lot located at 6217 39th Ave W, Braden | $101,844.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: Imported from original petition Doc# 1 | | | | | |
| 2 | BB&T Checking account ending in 8819 | $287.09 | $0.00 | | $0.00 | FA |
| | Asset Notes: Imported from original petition Doc# 1 | | | | | |
| 3 | BB&T Savings account ending in 2890 | $20.02 | $0.00 | | $0.00 | FA |
| | Asset Notes: Imported from original petition Doc# 1 | | | | | |
| 4 | Living room, dining room, bedroom furniture, was | $1,000.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: Imported from original petition Doc# 1 | | | | | |
| 5 | Books and pictures | $100.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: Imported from original petition Doc# 1 | | | | | |
| 6 | Clothing | $150.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: Imported from original petition Doc# 1 | | | | | |
| 7 | Miscellaneous jewelry | $500.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: Imported from original petition Doc# 1 | | | | | |
| 8 | Sporting equipment | $150.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: Imported from original petition Doc# 1 | | | | | |
| 9 | 403b account with The Hartford | $3,686.12 | $0.00 | | $0.00 | FA |
| | Asset Notes: Imported from original petition Doc# 1 | | | | | |
| 10 | 2012 Income Tax Refund | $1,000.00 | $4,622.00 | | $4,622.00 | FA |
| | Asset Notes: Imported from original petition Doc# 1 | | | | | |
| 11 | 2010 Ford Expedition XLT - 56,020 miles | $18,430.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: Imported from original petition Doc# 1 | | | | | |
| 12 | 2007 Saturn Vue - 69,450 miles | $6,683.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: Imported from original petition Doc# 1 | | | | | |
| 13 | FDCPA | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 12-19276-MGW | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | FITZPATRICK, MATTHEW J AND FITZPATRICK, KRISTEN M | Date Filed (f) or Converted (c): | 12/27/2012 (f) |
| For the Period Ending: | 09/30/2013 | §341(a) Meeting Date: | 01/30/2013 |
| | | Claims Bar Date: | 05/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**

| | $134,850.23 | $5,622.00 | | $4,622.00 | **Gross Value of Remaining Asset** $1,000.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

    2012 REFUND, OBJ TO EX. UNK UNK ON REFUND; sent FDCPA to/// filed obj sent appr and sent to papa02/11/139AH) /// req 2012 tax return from atty 02/11/13(AH)Melanie Newby will be doing FDCPA cases now, req'd app to hr02/14/13(CL)///em'd atty tax calc and req'd refund if rec'd03/22/13(CL)///filed app/ore to hr melanie newby   MAT8JTLVST 04/15/13(CL)

| 07/08/2013 | req'd update on FDCPA (CL) |
| 09/04/2013 | FDCPA still a go (CL) |

| **Initial Projected Date Of Final Report (TFR):** | 12/01/2013 | **Current Projected Date Of Final Report (TFR):** | 12/01/2014 | /s/ TRACI K. STEVENSON |
|---|---|---|---|---|
| | | | | TRACI K. STEVENSON |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| **Case No.** | 12-19276-MGW | **Trustee Name:** | Traci K. Stevenson |
|---|---|---|---|
| **Case Name:** | FITZPATRICK, MATTHEW J AND FITZPATRICK, KRISTEN M | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | 30-6364572 | **Checking Acct #:** | ******7601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 10/01/2012 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 09/30/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2013 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $4,622.00 | | $4,622.00 |
| 04/30/2013 | | Green Bank | Bank Fees | 2600-000 | | $0.24 | $4,621.76 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.93 | $4,613.83 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.72 | $4,607.11 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.43 | $4,599.68 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.90 | $4,591.78 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.69 | $4,585.09 |
| | | | **TOTALS:** | | $4,622.00 | $36.91 | $4,585.09 |
| | | | **Less: Bank transfers/CDs** | | $4,622.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $36.91 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $36.91 | |

**For the period of 10/01/2012 to 09/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,622.00 |
| | |
| Total Compensable Disbursements: | $36.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/30/2013 to 9/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,622.00 |
| | |
| Total Compensable Disbursements: | $36.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 12-19276-MGW | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | FITZPATRICK, MATTHEW J AND FITZPATRICK, KRISTEN M | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | 30-6364572 | Checking Acct #: | ******8166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2012 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/08/2013 | (10) | CONNIE FAWCETT | 2012 TAX RETURN | 1124-000 | $4,622.00 | | $4,622.00 |
| 04/30/2013 | | Green Bank | Transfer Funds | 9999-000 | | $4,622.00 | $0.00 |
| | | | **TOTALS:** | | $4,622.00 | $4,622.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $4,622.00 | |
| | | | **Subtotal** | | $4,622.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,622.00 | $0.00 | |

| For the period of 10/01/2012 to 09/30/2013 | | For the entire history of the account between 04/08/2013 to 9/30/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,622.00 | Total Compensable Receipts: | $4,622.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,622.00 | Total Comp/Non Comp Receipts: | $4,622.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,622.00 | Total Internal/Transfer Disbursements: | $4,622.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| | |  | |
|---|---|---|---|
| **Case No.** | 12-19276-MGW | **Trustee Name:** | Traci K. Stevenson |
| **Case Name:** | FITZPATRICK, MATTHEW J AND FITZPATRICK, KRISTEN M | **Bank Name:** | Rabobank, N.A. |
| **Primary Taxpayer ID #:** | 30-6364572 | **Checking Acct #:** | ******8166 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 10/01/2012 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 09/30/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,622.00 | $36.91 | $4,585.09 |

**For the period of 10/01/2012 to 09/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $4,622.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,622.00 |
| Total Internal/Transfer Receipts: | $4,622.00 |
| | |
| Total Compensable Disbursements: | $36.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36.91 |
| Total Internal/Transfer Disbursements: | $4,622.00 |

**For the entire history of the account between 04/08/2013 to 9/30/2013**

| | |
|---|---|
| Total Compensable Receipts: | $4,622.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,622.00 |
| Total Internal/Transfer Receipts: | $4,622.00 |
| | |
| Total Compensable Disbursements: | $36.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36.91 |
| Total Internal/Transfer Disbursements: | $4,622.00 |

/s/ TRACI K. STEVENSON

TRACI K. STEVENSON