# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE:

Matthew J Fitzpatrick and
Kristen M Fitzpatrick          CASE NO.:     8:12-bk-19276
                                    CHAPTER    7
       DEBTORS
_____/

**AGREED MOTION OF TRACI K. STEVENSON AND UNITED CONSUMER FINANCIAL SERVICES COMPANY ("UCFSC") FOR ORDER APPROVING COMPROMISE AND SETTLEMENT OF CONTROVERSY REGARDING TRACI K. STEVENSON V. UNITED CONSUMER FINANCIAL SERVICES COMPANY, ADVERSARY CASE NUMBER 8:13-AP-00588**

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date of services of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 N. Florida Ave., #555, Tampa, FL 33602, and serve a copy on the movant's attorney, Melanie A. Newby, Esq., Jodat Law Group, P.A., 521 Ninth Street West, Bradenton, FL 34205.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COME NOW Plaintiff Traci K. Stevenson ("Trustee") by and through the undersigned attorney, and Adversary Proceeding 8:1-ap-00588 Defendant, United Consumer Financial Services Company ("UCFSC") ("Defendant"), pursuant to F.R.B.P. 9019 and move this Honorable Court for entry of an order approving compromise and

settlement of the controversies between the Trustee and Defendant, and in support of the relief requested state:

1. On or about December 27, 2012, Debtors filed a petition for relief under Chapter 7 of Title 11, of the United States Code. The Chapter 7 is currently pending before this Court and Traci K. Stevenson has been assigned as Trustee to administer the bankruptcy estate.

2. On or about July 5, 2013, Trustee Traci K. Stevenson filed a complaint for violation of the Florida Consumer Collections Practices Act commencing under Adversary Proceeding No.: 8:13-ap-00588 in the United States Bankruptcy Court for the Middle District of Florida ("Adversary Proceeding"), against the Defendant.

3. The issues to be resolved in the Adversary Proceeding create uncertainty as to the outcome on the merits at trial. When coupled with the complexities of the litigation, and the expense, inconvenience and delay associated with continued litigation, it is fair and equitable and in the Trustee's and Defendant's best interests to settle these matters.

4. Therefore, Trustee and Defendant have reached an agreement to compromise and settle all disputes between them as to the matters alleged in the Adversary Proceeding or otherwise existing. The Settlement Agreement will be available for review at the offices of Jodat Law Group, P.A., counsel for Trustee, and copies may be obtained by written request.

5. Trustee and Defendant request that this Court approve the Compromise and Settlement set forth in the Settlement Agreement.

6. The principle terms of the Settlement Agreement are that the Defendant shall pay to Trustee the total sum of $3,000.00 with $1,000.00 to the Trustee on

behalf of the bankruptcy estate and $2,000.00 for attorneys' fees and costs, paid in one installment (the "Settlement Funds"). As provided for by 15 U.S.C. § 1692 and Fla. Stat. § 559.77(2), Plaintiffs' attorneys' fees will be paid from the Defendant provided Settlement Funds and will be disbursed and contingent upon filing and approval of an Application for Approval of Attorneys Fees.

7. With payment of the Settlement Funds by Defendant made as provided in the Settlement Agreement, the Adversary Proceedings will be dismissed with prejudice as to the Defendant, each party agrees to pay their own attorneys' fees and costs, and Plaintiff's counsel's fees paid from the Settlement Funds as set forth above.

8. The Settlement Agreement is contingent on approval by this Court.

9. Defendant, although not signing below, has consented to this Motion and agrees with the relief sought herein, and joins Trustee in requesting the Court for entry of an Order granting same.

WHEREFORE, Trustee and Defendant respectfully request that this Court enter an Order: (i) granting the Motion in its entirety as to Trustee and Defendant, and finding that Trustee provided good and sufficient notice of the Motion; (ii) finding that the Settlement Agreement is fair and equitable; (iii) approving the Settlement Agreement in all respects; (iv) authorizing Trustee to enter into the Settlement Agreement in order to, among other things, compromise and settle the claims and controversies as outlined herein and in accordance with the specific terms and conditions of the Settlement Agreement as to Defendant; and (v) granting such other and further relief as this Court deems necessary or appropriate.

Dated: December 2, 2013                Respectfully submitted,

/s/ Melanie A. Newby
Melanie A. Newby, Esq.,
FBN 0870481
Attorney for Trustee
Jodat Law Group, P.A.
521 Ninth Street West
Bradenton, FL 34205
(941) 749-1901

CERTIFICATE OF MAILING

    I, Melanie A. Newby, Esq., hereby certify that a true and correct copy of the foregoing document has been furnished by U.S. Mail and/or electronic notice to Ryan C. Reinert, Esq., Attorney for UCFSC, Shutts & Bowen, LLP, 4301 W. Boy Scout Blvd., Suite 300, Tampa, FL 33607; United Consumer Financial Services Company, Attn: Clifford J. Hooley, President, 865 Bassett Rd., Westlake, OH 44145 Traci K. Stevenson, Trustee, PO Box 86690, Madeira Beach, FL 33738 and all other parties listed on the attached matrix on this 2nd day of December, 2013.

/s/ Melanie A. Newby
Melanie A. Newby, Esq.

```
Label Matrix for local noticing          Kristen M Fitzpatrick                    Matthew J Fitzpatrick
113A-8                                   6217 39th Ave W                          6217 39th Ave W
Case 8:12-bk-19276-MGW                   Bradenton, FL 34209-7622                 Bradenton, FL 34209-7622
Middle District of Florida
Tampa
Mon Dec  2 14:02:41 EST 2013

Grow Financial Credit Union              Susan Profant                            United Consumer Financial Serv.
PO Box 89947                             Ken Burton, Jr                           Bass & Associates, P.C.
Tampa, FL 33689-0416                     Manatee County Tax Collector             3936 E. Ft. Lowell Rd., Suite #200
                                         4333 US 301 North                        Tucson, AZ 85712-1083
                                         Ellenton, FL 34222-2413

ARS                                      AT&T Mobility                            All Children's Hospital
PO Box 469047                            P.O. Box 538695                          P.O. Box 31020
Escondido, CA 92046-9047                 Atlanta, GA 30353-8695                   Saint Petersburg, FL 33731-8920


Ally Financial                           American InfoSource LP as agent for      Amerifinancial Solutio
P O Box 380901                           Asset Acceptance                         PO Box 602570
Bloomington, MN 55438-0901               as assignee of DELL FINANCIAL SERVICES   Charlotte, NC 28260-2570
                                         PO Box 248838
                                         Oklahoma City, OK  73124-8838

Asset Acceptance Llc                     Bass & Associates                        Blake Medical Center
PO Box 1630                              3936 E Fort Lowell Road                  2020 59th Street West
Warren, MI 48090-1630                    Suite 200                                Bradenton, FL 34209-4669
                                         Tucson, AZ 85712-1083

Blake Medical Center                     Capio Partners Llc                       Capital Recovery V, LLC
Resurgent Capital Services               2222 Texoma Pkwy Ste 150                 c/o Recovery Management Systems Corporat
PO Box 1927                              Sherman, TX 75090-2481                   25 SE 2nd Avenue Suite 1120
Greenville, SC 29602-1927                                                         Miami FL 33131-1605

Chase                                    Comenity Bank/lnbryant                   David Taylor
PO Box 15298                             4590 E Broad St                          Fishermans Drive
Wilmington, DE 19850-5298                Columbus, OH 43213-1301                  Bradenton, FL 34209

(p)DELL FINANCIAL SERVICES               Digestive Disease Specialist             Disney Movie Club
P O BOX 81577                            5715 21st Avenue West                    PO Box 758
AUSTIN TX 78708-1577                     Bradenton, FL 34209-5605                 Neenah, WI 54957-0758


Enhanced Recovery Company                Financial Corp Of America                (p)FINANCIAL CREDIT SERVICES
8014 Bayberry Road                       Attn: Bankruptcy                         PO BOX 90
Jacksonville, FL 32256-7412              PO Box 203500                            CLEARWATER FL 33757-0090
                                         Austin, TX 78720-3500

Frdm/cbsd                                Grow Financial Federal Credit Union      Gulf Coast Collection
PO Box 2017                              P.O. Box 89947                           5630 Marquesas Cir
Eltin, IL 60121-2017                     Tampa, FL 33689-0416                     Sarasota, FL 34233-3331
```

```
Internal Revenue Service              Ken Burton, Jr.                       Laboratory Corp of America
Post Office Box 7346                  Manatee Co. Tax Collector             P.O. Box 2240
Philadelphia PA 19101-7346            P.O. Box 25300                        Burlington, NC 27216-2240
                                      Bradenton, FL 34206-5300

Lowes / MBGA / GEMB                   Macdill Afb/Grow Financial            Manatee County
Bankruptcy Department                 Attn: Bankruptcy                      c/o Robert M. Eschenfelder, Esq.
PO Box 103104                         PO Box 89909                          1112 Manatee Ave. West, Suite 969
Roswell, GA 30076-9104                Tampa, FL 33689-0415                  Bradenton, FL 34205-7804

Manatee County EMS Billing            Merchants Assoc. Collection           North Shore Agency
P.O. Box 589                          PO Box 2842                           4000 East Fifth Avenue
Bradenton, FL 34206-0589              Tampa, FL 33601-2842                  Columbus, OH 43219-1811

Nrthestcrcol                          PYOD, LLC its successors and assigns as assi    Pointe Emergency Physicians
245 Main Street                       of Citibank, N.A.                     c/o NCO Financial Systems
Dickson City, PA 18519-1641           Resurgent Capital Services            P.O. Box 15630
                                      PO Box 19008                          Box 99
                                      Greenville, SC 29602-9008             Wilmington, DE 19850-5630

Quantum3 Group LLC as agent for       Quest Diagnostics                     Sallie Mae
Comenity Bank                         PO Box 740781                         Attn: Claims Department
PO Box 788                            Cincinnati, OH 45274-0781             PO Box 9500
Kirkland, WA  98083-0788                                                    Wilkes-Barre, PA 18773-9500

Sallie Mae                            SaraPath Diagnostics                  Sarasota County Fire Dept
c/o Sallie Mae Inc.                   2001 Webber St.                       P.O. Box 628250
220 Lasley Ave.                       Sarasota, FL 34239-5237               Orlando, FL 32862-8250
Wilkes-Barre, PA 18706-1496

Sarasota Emergency Assoc              Sarasota Mem. Health Care             Sarasota Memorial Healthcare System
PO Box 116839                         P.O. Box 863414                       1700 S. Tamiami Trail
Atlanta, GA 30368-6839                Orlando, FL 32886-3414                Sarasota, FL 34239-3509

Sarasota Municipal Employ CU          United Consumer Fin Serv              Wells Fargo Home Mortgage
1558 1st Street                       865 Bassett Rd                        PO Box 10335
Sarasota, FL 34236-8502               Westlake, OH 44145-1194               Des Moines, IA 50306-0335

West Asset Management                 eCAST Settlement Corporation, assignee    Traci K. Stevenson +
P O Box 790113                        of Chase Bank USA, N.A.               P O Box 86690
Saint Louis, MO 63179-0113            POB 29262                             Madeira Beach, FL 33738-6690
                                      New York, NY 10087-9262

United States Trustee - TPA7 +        Melanie Archer Newby +                Ryan C Reinert +
Timberlake Annex, Suite 1200          Jodat Law Group P.A.                  Shutts & Bowen LLP
501 E Polk Street                     521 Ninth Street West                 4301 W Boy Scout Blvd, Ste 300
Tampa, FL 33602-3949                  Bradenton, FL 34205-7735              Tampa, FL 33607-5716
```

Melanie A. Newby, Attorney for Trustee +
Jodat Law Group, P.A.
521 Ninth Street West
Bradenton, FL 34205-7735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Dell Financial Services | Financial Credit Services | End of Label Matrix |
|---|---|---|
| PO Box 6403 | PO Box 90 | Mailable recipients 60 |
| Carol Stream, IL 60197 | Clearwater, FL 33757 | Bypassed recipients 0 |
| | | Total 60 |